IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CYNTHIA MILTON,)
)
    Plaintiff,)
)
v.) CASE NO. CV505-027
)
MICHAEL J. ASTRUE,)
Commissioner of Social)
Security,)
)
    Defendant.)
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 27), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case and the Commissioner's decision is **AFFIRMED**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 28th day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA